# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL PINON FLORES,<br><br>          Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>          Respondent. | CASE NO. 5:16-cv-01068-JAK (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Denying Habeas Petition and Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: September 11, 2017

JOHN A. KRONSTADT
U.S. DISTRICT JUDGE